IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 113-056 |
| | ) | |
| SHONTA MERRIWEATHER | ) | |

_____

**O R D E R**
_____

At the hearing held on April 11, 2017, the above-captioned defendant, voluntarily, and with assistance of counsel, waived her right to a preliminary hearing on the petition filed against her. Therefore, I find sufficient cause to have this matter scheduled before the presiding District Judge for a final hearing on the petition for violation of conditions of supervised release.

In accordance with the Bail Reform Act, the Court conducted a detention hearing in the above-captioned case, pursuant to 18 U.S.C. § 3142(f). Defendant failed to carry her burden of establishing by clear and convincing evidence that she will not flee or pose a danger to any other person or to the community. See Fed. R. Crim. P. 32.1(a)(6). Accordingly, Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to

the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED this 19th day of April, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA